

Signed and Filed: January 27, 2023

_(signature)_

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB# 130193
2 |    E-Mail: Michael.Johnson@lewisbrisbois.com
FRANCIS J. TORRENCE, SB# 154653
3 |    E-Mail: Francis.Torrence@lewisbrisbois.com
2185 North California Boulevard, Suite 300
4 | Walnut Creek, California 94596
Telephone: 925.357.3456
5 | Facsimile: 925.478.3260

6 | AMY L. GOLDMAN, SB# 134088
   E-Mail: Amy.Goldman@lewisbrisbois.com
7 | MARIA L. GARCIA, SB# 276135
   E-Mail: Maria.L.Garcia@lewisbrisbois.com
8 | 633 West 5th Street, Suite 4000
Los Angeles, California 90071
9 | Telephone: 213.250.1800
Facsimile: 213.250.7900

10 |

11 | Attorneys for BRYANT FU and CRYSTAL LEI

12 | UNITED STATES BANKRUPTCY COURT

13 | NORTHERN  DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15 | In re | Case No.:  22-30405

16 | Thai Ming Chiu | Chapter 13

17 | *aka* Simon Chiu | Adversary No.:  22-03110
    *aka* Simon Thai Ming Chiu

18 | Debtor. | **ORDER GRANTING STIPULATION BY AND BETWEEN DEBTOR/DEFENDANT AND PLAINTIFFS TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES**

19 |

20 | BRYANT FU and CRYSTAL LEI,

21 |        Plaintiffs, | **[No Hearing Required]**
            vs.

22 |
THAI MING CHIU *also known as* SIMON
23 | CHIU *also known as* SIMON THAI MING
CHIU,
24 |
        Defendant.
25 |

26 |

27 | / / /

28 | / / /

4887-2189-9851.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

This Court, having reviewed and considered the *Stipulation By And Between Debtor/Defendant And Plaintiffs To Continue Status Conference And Related Deadlines* (the "Stipulation"), and good cause appearing therefor,[1]

**IT IS HEREBY ORDERED** that:

1. The Stipulation is GRANTED in its entirety.

2. The status conference currently scheduled for February 2, 2023, at 02:00 p.m., is vacated and no appearance shall be required at the February 2, 2023, at 02:00 p.m., status conference.

3. The status conference shall be continued to May 11, 2023 at 2:00 p.m. The May 11 scheduling conference will convene via Zoom. The Court encourages all interested parties to consult the Court's website for information about Court operations during the COVID-19 pandemic. The Court's website also offers information explaining how to arrange an appearance at a video hearing. If you have questions about Court operations or how to participate in a video hearing, you may contact the Court by calling 888-821-7606 or by using the Live Chat feature on the Court's website.

4. The Parties shall calculate the deadlines set forth in Rules 26(a)(1)(C), 26(f)(1), and 26(f)(2) of the Federal Rules of Civil Procedure, which apply in this action pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure, from May 11, 2023.

5. The need for the Parties to finalize a stipulation in the main bankruptcy case which relates to the lifting of the automatic stay in connection with the 2017 State Court Action, and the stay of this Adversary Proceeding, and judicial economy, constitutes good cause that justifies the delay in issuance of the scheduling order within the time set by Rule 16(b)(2) of the Federal Rules

/ / /

/ / /

/ / /

---

[1] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Stipulation.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4887-2189-9851.1

2

1  of Civil Procedure and Rule 7016 of the Federal Rules of Bankruptcy Procedure.

2  **IT IS SO ORDERED.**

3

4  **\*\*END OF ORDER\*\***

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4887-2189-9851.1

| | |
|---|---|
| 1 | <u>**Court Service List**</u> |
| 2 | **Counsel for Debtor/Defendant** |
| | **Thai Ming Chiu** |
| 3 | Leeds Disston |
| | Law Offices of Casalina and Disston |
| 4 | 409 13th Street, 9th Floor |
| 5 | Oakland, CA 94612 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4887-2189-9851.1

4