Crystal Lei and Bryant Fu
337 28th Avenue
San Francisco, CA 94121
(415) 221-0969

Creditors in Pro Se

FILED
OCT 19 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Thai Ming Chiu<br><br>*aka* Simon Chiu<br>*aka* Simon Thai Ming Chiu<br><br>Debtor. | Case No.: 22-30405<br><br>Chapter 13<br><br>Adversary No.: 22-03110<br><br>**PLAINTIFFS' STATUS REPORT RE 2017 STATE COURT ACTION**<br><br>[No Hearing Required] |
| BRYANT FU and CRYSTAL LEI,<br><br>Plaintiffs,<br>vs.<br><br>THAI MING CHIU *also known as* SIMON CHIU *also known as* SIMON THAI MING CHIU,<br><br>Defendant. | |

Plaintiffs and Creditors, Crystal Lei and Bryant Fu (collectively, "Plaintiffs"), hereby provides a status report of the 2017 State Court Action (Case No. CGC-17-556769 pending before the San Francisco County) pursuant to the Court's Order (Dkt No. 107; Adv. Proc. Dkt No. 13).

STATUS: PENDING. Plaintiff's 2017 State Court Action is on standby for assignment to the first available courtroom for trial.

DATED: October 18, 2023

Respectfully submitted,

_/s/ Crystal Lei_
Crystal Lei, creditor in pro se.

_/s/ Bryant Fu_
Bryant Fu, creditor in pro se.

# PROOF OF SERVICE

Case No.: 22-30405
Adv. Proc. No. 22-03110

I am a legal resident of the United States, over the age of eighteen. My address is 337 28th avenue, San Francisco, CA 94121. My electronic service address (email) is bfu.law1@gmail.com.

On October 18, 2023, I served the following:

**PLAINTIFFS' STATUS REPORT RE 2017 STATE COURT ACTION**

On the interested parties as follows:

| | |
|---|---|
| David Burchard, Chapter 13 Trustee<br>PO Box 8059<br>Foster City, CA 94404<br>Tel: (650) 345-7801 / (707) 544-5500<br>Fax: (650) 345-1514 / (707) 544-0475<br>Email: TESTECF@burchardtrustee.com,<br>dburchard13@ecf.eqipsystems.com | Brisa C. Ramirez (SBN 261480)<br>PO Box 8059<br>Foster City, CA 94404<br>Tel: (650) 345-7801 / (707) 544-5500<br>Fax: (650) 345-1514 / (707) 544-0475<br>Email: brisar@burchardtrustee.com |
| Eddy Hsu, attorney for debtor Thai Ming Chiu<br>1900 S Norfolk St Ste 350<br>San Mateo, CA 94403<br>Tel: (650) 577-5950<br>Fax: 650-240-0123<br>Email: eddyhsu@ehsulaw.com | William Leed Disston, attorney for Defendant Thai Ming Chiu<br>Law Office of Casalina and Disston<br>409 13th Street, 9th Floor<br>Oakland, CA 94612<br>Email: casdiss@yahoo.com |

__X__ By Email: On the interested party named above in said cause, by sending the e-mail with the documents served to the e-mail addresses shown as the above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on October 18, 2023 at San Francisco, California.

Bryant Fu