United States Bankruptcy Court
Northern District of California

Fu,
    Plaintiff

Chiu,
    Defendant

Adv. Proc. No. 22-03110-HLB

# CERTIFICATE OF NOTICE

District/off: 0971-3     User: admin     Page 1 of 1
Date Rcvd: Oct 17, 2023     Form ID: pdfeoapc     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Leeds Disston, Law Offices of Casalina and Disston, 409 13th Street, 9th Floor, Oakland, CA 94612-2607 |
| pla | + | Bryant Fu, 337 28th Avenue, San Francisco, CA 94121-1803 |
| pla | + | Crystal Lei, 337 28th Avenue, San Francisco, CA 94121-1803 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maria Lucinda Garcia | on behalf of Plaintiff Bryant Fu Maria.L.Garcia@lewisbrisbois.com |

TOTAL: 1



Entered on Docket
October 17, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: October 17, 2023

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

---

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB# 130193
 E-Mail: Michael.Johnson@lewisbrisbois.com
FRANCIS J. TORRENCE, SB# 154653
 E-Mail: Francis.Torrence@lewisbrisbois.com
2185 North California Boulevard, Suite ?
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

AMY L. GOLDMAN, SB# 134088
 E-Mail: Amy.Goldman@lewisbrisbois.com
MARIA L. GARCIA, SB# 276135
 E-Mail: Maria.L.Garcia@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Former Attorneys for BRYANT FU and CRYSTAL LEI

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Thai Ming Chiu<br><br>*aka* Simon Chiu<br>*aka* Simon Thai Ming Chiu<br><br> Debtor. | Case No.: 22-30405<br><br>Chapter 13<br><br>Adversary No.: 22-03110 |
| BRYANT FU and CRYSTAL LEI,<br><br> Plaintiffs,<br> vs.<br><br>THAI MING CHIU *also known as* SIMON CHIU *also known as* SIMON THAI MING CHIU,<br><br> Defendant. | **ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR PLAINTIFF BRYANT FU**<br><br>**[No Hearing Required]** |

/ / /

130700060.1

The Court, having reviewed the SUBSTITUTION OF ATTORNEY FOR PLAINTIFF BRYANT FU, **IT IS HEREBY ORDERED** that the SUBSTITUTION OF ATTORNEY FOR PLAINTIFF BRYANT FU is APPROVED and GRANTED; and plaintiff Bryant Fu is substituted in representing himself as attorney of record in pro se in place of and instead of Lewis Brisbois Bisgaard & Smith LLP. Plaintiff Bryant Fu's contact information is the following:

Bryant Fu
337 28th Avenue
San Francisco, CA 94121
Email: bfu.law1@gmail.com

**IT IS SO ORDERED.**

**END OF ORDER**

<u>**Court Service List**</u>

**Counsel for Debtor/Defendant**
**Thai Ming Chiu**
Leeds Disston
Law Offices of Casalina and Disston
409 13th Street, 9th Floor
Oakland, CA 94612

**Bryant Fu**
337 28th Avenue
San Francisco, CA 94121

**Crystal Lei**
337 28th Avenue
San Francisco, CA 94121