Crystal Lei and Bryant Fu
337 28th Avenue
San Francisco, CA 94121
(415) 221-0969

Creditors in Pro Se

FILED
DEC 29 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re

Thai Ming Chiu

*aka* Simon Chiu
*aka* Simon Thai Ming Chiu,

Debtor.

BRYANT FU and CRYSTAL LEI,
Plaintiffs,
vs.

THAI MING CHIU also known as SIMON CHIU also known as SIMON THAI MING CHIU,
Defendant.

Case No.: 22-30405 HLB

Chapter 13

Adversary No.: 22-03110

**REQUEST FOR DISMISSAL OF ADVERSARY PROCEEDING AS MOOT**

Plaintiffs and Creditors Crystal Lei and Bryant Fu (collectively, "Creditors") have amended their proof of claim no. 1 to $0. Creditors no longer enforcing a prepetition claim and hereby request dismissal of this pending adversary proceeding as moot.

Dated: December 29, 2025

Respectfully submitted,

Crystal Lei
Plaintiff in Pro Se

Bryant Fu
Plaintiff in Pro Se