

Signed and Filed: January 16, 2026

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>THAI MING CHIU,<br><br>        Debtor.<br>_____<br>BRYANT FU AND CRYSTAL LEI,<br><br>        Plaintiffs,<br>v.<br><br>THAI MING CHIU,<br><br>        Defendant.<br>_____ | Case No. 22-30405 HLB<br><br>Chapter 13<br><br><br><br>Adv. Proc. No. 22-03110 HLB |

**ORDER GRANTING REQUEST FOR DISMISSAL OF ADVERSARY PROCEEDING**

    This adversary proceeding comes before the court on plaintiffs Bryant Fu and Crystal Lei's (the "Plaintiffs") Request for Dismissal of Adversary Proceeding.[1] Plaintiffs seek to dismiss the adversary proceeding on the basis that they no longer seek to enforce a prepetition claim against debtor/defendant Thai Min Chiu. The court has reviewed the Request and concludes that Plaintiffs have shown good cause warranting the relief sought and that such relief is on terms this court considers proper per

---

[1] Dkt. 22 (the "Request").

Bankruptcy Rule 7041,[2] made applicable in bankruptcy proceedings by Civil Rule 41.[3]

Accordingly, the court **ORDERS** as follows:

**1.** The Request is hereby **GRANTED**. The above-captioned adversary proceeding is **DISMISSED**.

**2.** The adversary proceeding shall be closed by the Clerk's Office following entry of this order.

**\*\*END OF ORDER\*\***

---

[2] Unless otherwise indicated, all citations to a "Civil Rule" shall refer to one of the Federal Rules of Civil Procedure and all citations to a "Bankruptcy Rule" shall refer to one of the Federal Rules of Bankruptcy Procedure.

[3] Bankruptcy Rule 7041(a)(2) provides:

"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Bankruptcy Rule 7041(a)(2).

## Court Service List

Bryant Fu
337 28th Avenue
San Francisco, CA 94121

Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Thai Ming Chiu
768 38th Ave
San Francisco, CA 94121